Anne Brady
Law Offices of Michael Lupolover, P.C.
18444 N. 25th Avenue #420
Phoenix, AZ 85023
Anne.brady@cox.net

*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith B. South,<br><br>　　　　　　Plaintiff,<br>v.<br><br>National Credit Systems, Inc.,<br><br>　　　　　　Defendant. | No. CV-13-02622-PHX-NVW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keith B. South and his counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants.


Dated: July 2, 2014　　　　　　　　　　　By: */s/ Anne Brady*_____
　　　　　　　　　　　　　　　　　　　　　　Anne Brady (AZ Bar #026205)
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Michael Lupolover, P.C.
　　　　　　　　　　　　　　　　　　　　　　18444 N. 25th Avenue #420
　　　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85023
　　　　　　　　　　　　　　　　　　　　　　(623) 251-6673
　　　　　　　　　　　　　　　　　　　　　　Anne.brady@cox.net

　　　　　　　　　　　　　　　　　　　　　　*Of Counsel*